# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-1461

Case Name: United States v. Mehanna

Date of Argument: July 30, 2013

Location of Argument: ☑ Boston    ☐ Puerto Rico    ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Tarek Mehanna, Defendant-Appellant

Attorney Name: Sabin Willett          First Circuit Bar No.: 18725

Phone Number: 617-951-8000          Fax Number: 617-951-8736

Email: sabin.willett@bingham.com

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

| /s/ Sabin Willett | June 19, 2013 |
|---|---|
| (Signature) | (Date) |

PLEASE NOTE:   Only arguing counsel will be notified by phone when the opinion is released.