# United States Court of Appeals
## For the First Circuit

No. 12-1461

UNITED STATES

Appellee

v.

TAREK MEHANNA

Defendant - Appellant

**ORDER OF COURT**

Entered: July 10, 2013

     Appellant's motion to have the above noted matter called last on the list for Tuesday, July 30, 2013 oral argument is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Alexander Abdo
Amna Akbar
Jeffrey Auerhahn
Baher Azmy
Richard B. Bailey
Janice Bassil
J.W. Carney, Jr.
Dina M. Chaitowitz
Aloke S. Chakravarty
Elizabeth D. Collery
Nancy Gertner

Jeffrey D. Groharing
Pardiss Kebriaei
Peter B. Krupp
Susan Leann B. Manning
Steven R. Morrison
John E. Oh
Joseph F. Palmer
Sejal H. Patel
David M. Porter
Joshua E. Rosenkranz
Matthew R. Segal
Hina Shamsi
Julie S. Palmer
James E. Small
Richard Smith
Peter S. Willett
Sarah R. Wunsch