UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 12-1461

Tarek Mehanna,

Defendant-Appellant,

v.

United States,

Appellee.

**APPELLANT'S MOTION TO EXTEND DEADLINE
FOR FILING PETITION FOR PANEL REHEARING
OR REHEARING EN BANC**

Pursuant to Federal Rule of Appellate Procedure 26(b), Defendant-Appellant Tarek Mehanna moves to extend, from November 27, 2013 to December 6, 2013, the deadline for filing a Petition for Panel Rehearing or Rehearing En Banc. As grounds for this motion, Mr. Mehanna states as follows:

1. On November 13, 2013, the Court entered its Judgment in this matter.

2. Also on November 13, 2013, the Court issued its 81-page opinion.

3. As demonstrated by the lengthy opinion, this case consists of an extensive factual record and complex legal issues. Counsel for both sides were allowed to submit oversized briefs and the appendix

accompanying the briefing exceeded 2,000 pages. Four amici also filed briefs.

4. Defendant is incarcerated and serving a seventeen-year sentence. Because of his incarceration, there are delays involved with his ability to communicate with counsel. The requested extension would afford Mr. Mehanna the opportunity for meaningful consultation with counsel.

5. The case raises, at its core, substantial questions concerning the intersection of protected speech and point-of-view, and the criminal laws relating to material support for terrorism. The interests of justice generally, and this Court more specifically, will benefit by providing Mr. Mehanna and his counsel additional time in order to more carefully review the Court's opinion.

WHEREFORE, Appellant Tarek Mehanna respectfully moves to extend the deadline for the filing of a Petition for Panel Rehearing or Rehearing En Banc by five business days, from November 27, 2013 to December 6, 2013.

- 3 -

Respectfully submitted,

TAREK MEHANNA

By his attorneys,

*/s/ P. Sabin Willett*
P. Sabin Willett, No. 18725
Susan Baker Manning, No. 1152545
Julie Silva Palmer, No. 1140407
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, Massachusetts 02110-1726
617-951-8000

J. W. Carney, Jr., No. 40016
**CARNEY & BASSIL**
20 Park Plaza, Suite 1405
Boston, MA 02116
Tel 617-338-5566

Dated: November 20, 2013

## **CERTIFICATE OF SERVICE**

I, Sabin Willett, certify that on November 20, 2013, the document(s) filed through the ECF system will be sent electronically to the below registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Mr. Tarek Mehanna | Dina Chaitowitz, Esq. |
| Registration number: 05315-748 | Chief of Appeals - Criminal |
| CMU | United States Attorney's Office |
| FCI TERRE HAUTE | for the Dist. of Massachusetts |
| Federal correctional facility | John J. Moakley Federal Courthouse |
| P.O. BOX 33 | 1 Courthouse Way, Suite 9200 |
| Terry Haute, IN  47808 | Boston, MA 02110 |
| | |
| | Liza Collery, Esq. |
| | Jeffrey D. Groharing |
| | United States Department of Justice |
| | 950 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20530 |
| | |
| | Aloke Chakravarty, Esq. |
| | United States Attorney's Office |
| | for the Dist. of Massachusetts |
| | John J. Moakley Federal Courthouse |
| | 1 Courthouse Way, Suite 9200 |
| | Boston, MA 02110 |

/s/ *P. Sabin Willett*
P. Sabin Willett, Esq.
Bingham McCutchen LLP
One Federal Street
Boston, Massachusetts  02110-1726
Telephone:  617-951-8000