# United States Court of Appeals
## For the First Circuit

No. 12-1461

UNITED STATES

Appellee

v.

TAREK MEHANNA

Defendant - Appellant

**ORDER OF COURT**
Entered: November 22, 2013

    Upon consideration of motion, it is ordered that the time for the appellant to file a petition for rehearing or rehearing en banc be enlarged to and including **December 6, 2013**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Peter Sabin Willett
Richard Smith
Dina Michael Chaitowitz
Aloke Shankar Chakravarty
Joseph Francis Palmer
Elizabeth Dorsey Collery
Janice Bassil
Nancy Gertner
J. W. Carney, Jr.
Richard Bradford Bailey
E. Joshua Rosenkranz
Peter B. Krupp
Sarah R. Wunsch
Sejal H. Patel
Julie V. Silva Palmer

Matthew R Segal
John E. Oh
Jeffrey D. Groharing
Susan Leann Baker Manning
Alexander Abdo
Pardiss Kebriaei
Hina Shamsi
Steven R. Morrison
David M. Porter
Baher Azmy
Amna Akbar
Tarek Mehanna